IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ADRIAN ALEXANDER GOODWIN                                         PLAINTIFF

vs.                                    Civil No. 13-2061

DAVID HENDRICKSON, Police Officer,
Fort Smith Police Department; JARED
GIRARD, Police Officer, Fort Smith
Police Department; and SHERIFF BILL
HOLLENBECK, Sebastian County, Arkansas                           DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Adrian A. Goodwin filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

By order entered on April 10, 2013 (Doc. 6), Goodwin was directed to submit, by April 30, 2013, a completed addendum. When the addendum was not received, a show cause order was entered (Doc. 8). Plaintiff was directed to respond to the show cause order by April 30, 2013.

The Court's order and addendum were initially returned as undeliverable. A new address was obtained and a change of address (Doc. 7) was entered for Goodwin. The returned mail was resent to this new address. On May 16, 2013 (Doc. 8), a show cause order was entered. Goodwin was directed to respond to the show cause order by May 29, 2013.

To date, he has not responded to the order. He has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend the case be dismissed on the grounds Plaintiff has failed to obey the orders of the Court. *See* Fed. R. Civ. P. 41(b).

**Goodwin has fourteen days from receipt of the report and recommendation in which**

**to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Goodwin is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of June 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE