IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ADRIAN ALEXANDER GOODWIN                                                     PLAINTIFF

v.                              Case No. 2:13-CV-02061

DAVID HENDRICKSON, Police Officer, Fort Smith
Police Department; JARED GIRARD, Police Officer,
Fort Smith Police Department; and SHERIFF BILL
HOLLENBECK, Sebastian County, Arkansas                                    DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 9) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to obey a court order and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that any pending motions are DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE